UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **01-6157**

18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a) **CR-FERGUSON**
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(a)(5)(B)

**MAGISTRATE JUDGE SNOW**



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| KELLY JONES, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about February 9, 2001, through on or about February 24, 2001, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KELLY JONES,**

using a facility and means of interstate commerce, that is, America OnLine, an Internet service provider, knowingly persuaded, induced, enticed and coerced an individual who had not attained the age of eighteen years, to engage in sexual activity under such



circumstances as would constitute a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

## COUNT II

On or about February 9, 2001, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KELLY JONES,**

did knowingly transport and ship, in interstate and foreign commerce, by computer, child pornography, that is: visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; all in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT III

On or about February 9, 2001, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KELLY JONES,**

did knowingly distribute child pornography, that is: visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, that had been shipped and transported in interstate and foreign commerce by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT IV

On or about February 9, 2001, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KELLY JONES,**

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, and which were produced using materials that had been transported and shipped in interstate and foreign commerce, depicting minors engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| KELLY JONES _____ | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami  ___ Key West
_X_ FTL  ___ WPB  ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __no__
   List language and/or dialect _____

4. This case will take __3-4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)           (Check only one)

   I   0 to 5 days      _X_      Petty      ___
   II  6 to 10 days     ___      Minor      ___
   III 11 to 20 days    ___      Misdem.    ___
   IV  21 to 60 days    ___      Felony     _X_
   V   61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                          REV.6/27/00

## PENALTY SHEET

**Defendant's Name** KELLY JONES     **Case No.** _____

==================================     =========================================

Count #: 1

USING THE INTERNET TO ENTICE A MINOR TO ENGAGE IN SEXUAL ACTIVITY

18 U.S.C. § 2422(b)

**Max. Penalty:**     15 YEARS' IMPRISONMENT; $250,000 FINE
===============================================================================
Count #: 2

TRANSPORTATION OF CHILD PORNOGRAPHY IN INTERSTATE COMMERCE BY COMPUTER

18 U.S.C. § § 2252A(a)(1)

**Max. Penalty:**     15 YEARS' IMPRISONMENT; $250,000 FINE
===============================================================================
Count #: 3

DISTRIBUTION OF CHILD PORNOGRAPHY BY COMPUTER

18 U.S.C. § § 2252A(a)(2)

**Max. Penalty:**     15 YEARS' IMPRISONMENT; $250,000 FINE
===============================================================================
Count #: 4

POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

18 U.S.C. § 2252A(a)(5)(B)

**Max. Penalty:**     5 YEARS' IMPRISONMENT; $250,000 FINE
===============================================================================
Count #.



**Max. Penalty:**
===============================================================================
Count #:



**Max. Penalty:**
===============================================================================
===============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No. FL 04623

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

**KELLY JONES**

### INDICTMENT
**18 USC § 2422(b)**
**18 USC § 2252A(a)(1)**
**18 USC § 2252A(a)(2)(A)**
**18 USC § 2252A(a)(5)(B)**

A true bill.

_____
Foreperson

Filed in open court this

_____ day;

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____