## *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

KELLY JONES

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER:

**01-6157**

CR-FERGUSON

MAGISTRATE JUDGE

YOU ARE HEREBY COMMANDED to arrest __KELLY JONES__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
USING THE INTERNET TO ENTICE A MINOR TO ENGAGE IN SEXUAL ACTIVITY,
TRANSPORTATION AND DISTRIBUTION OF CHILD PORNOGRAPHY BY COMPUTER, AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title __18__ United States Code, Section(s) __2422(b), 2252A(a)(1), 2252A(a)(2) and 2252A(a)(5)(B)__

Clarence Maddox
Name of Issuing Officer

_____
Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

6/28/01 at Fort Lauderdale, Florida
Date and Location

*Lurana S. Snow*
LURANA S. SNOW

Bail fixed at $100,000 CORPORATE SURETY BOND  by __MAGISTRATE JUDGE__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

